UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAYIDEN HUSSEIN MOHAMED, <br><br> Plaintiff, <br><br> v. <br><br> MS. BELLINGER, *et al.*, <br><br> Defendants. | Case No. C15-1669-RAJ-MAT <br><br> ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF |

The Court, having reviewed plaintiff's amended complaint (Dkt. 12), plaintiff's motion for preliminary injunctive relief (Dkt. 24), defendants' response thereto (Dkt. 34), the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motion for preliminary injunctive relief (Dkt. 24) is DENIED; and

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this 21st day of June, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING PLAINTIFF'S
MOTION FOR PRELIMINARY
INJUNCTIVE RELIEF - 1