1

2

3

4

5

6                            UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
7                                      AT SEATTLE

8   SAYIDEN HUSSEIN MOHAMED,

9                           Plaintiff,            Case No. C15-1669-RAJ

10        v.

11  MS. BELLINGER, *et al.*,                      ORDER GRANTING DEFENDANTS'
                                                  MOTION FOR SUMMARY JUDGMENT
12                          Defendants.

13

14        The Court, having reviewed plaintiff's amended complaint, defendants' motion for

15  summary judgment, plaintiff's second motion for preliminary injunctive relief, the Report and

16  Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any

17  objections thereto, and the remaining record, does hereby find and ORDER:

18        (1)    The Court adopts the Report and Recommendation;

19        (2)    Defendants' motion for summary judgment (Dkt. 39) is GRANTED;

20        (3)    Plaintiff's amended complaint (Dkt. 12) and this action are DISMISSED with

21  prejudice;

22        (4)    Plaintiff's second motion for preliminary injunctive relief (Dkt. 63) is DENIED;

23  and

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1

1        (5)      The Clerk is directed to send copies of this Order to plaintiff, to counsel for

2   defendants, and to Judge Theiler.

3        DATED this 12th day of August, 2016.

4

5

6        _____

7        The Honorable Richard A. Jones
         United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 2